**2007–0376.   Hageman v. Southwest Gen. Health Ctr.**

Cuyahoga App. No. 87826, 2006-Ohio-6765. Discretionary appeal of Barbara A. Belovich accepted.

PFEIFER and LANZINGER, JJ., dissent.

Discretionary appeal of Kenneth C. Hageman not accepted.

LUNDBERG STRATTON, J., dissents.

**2007–0442.   Swaisgood v. Puder.**

Erie App. No. E–06–033, 2007-Ohio-307. Discretionary appeal accepted; cause held for the decision in 2007–0035 and 2007–0112, *Turner v. Ohio Bell Tel. Co.,* Cuyahoga App. No. 87541, 2006-Ohio-6168; and briefing schedule stayed. Motion to consolidate denied.

CUPP, J., would accept the appeal and consolidate the cause with 2007–0035 and 2007–0112, *Turner v. Ohio Bell Tel. Co.*

PFEIFER, J., dissents.

**2007–0549.   Rogers v. Dayton.**

Montgomery App. No. 21593, 2007-Ohio-673. Discretionary appeal accepted and cause consolidated with 2007–0684, *Rogers v. Dayton,* Montgomery App. No. 21593, 2007-Ohio-673.

MOYER, C.J., would accept the appeal on Proposition of Law Nos. I and II only.

PFEIFER and O'DONNELL, JJ., dissent.

**2007–0651.   State v. Cabrales.**

Hamilton App. No. C–050682, 2007-Ohio-857. Discretionary appeal accepted on Proposition of Law No. IV and cause consolidated with 2007–0595, *State v. Cabrales,* Hamilton App. No. C–050682, 2007-Ohio-857.

PFEIFER and O'DONNELL, JJ., dissent.

LANZINGER, J., not participating.